UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Judith C. Halliday</u>

v.

                             Case No. 10-cv-535-SM

<u>Done Right Building Services, Inc.</u>


ORDER OF DISMISSAL


     In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

     SO ORDERED.


September 12, 2012                            _____
                                            Steven J. McAuliffe
                                            United States District Judge


cc:     John K. Bosen, Esq.
          David J. Donovan, Esq.